# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 16-cr-00039 BLF (NC) |
| Plaintiff, | ORDER SETTING BAIL REVIEW AND REQURING GOVERNMENT TO SHOW CAUSE IN WRITING AS TO APPROPRIATE REMEDY |
| v. | |
| ALFRED GEORGIS, | Hearing: June 14, 2017 11:00 a.m. |
| Defendant. | |

In response to the Violation and Informational Memorandum submitted today by the Pretrial Services Agency, the Court sets a bail review hearing for June 14, 2017, 11:00 a.m. in Courtroom 7 before the undersigned magistrate judge.

The Memorandum reports that Georgis has been detained by federal immigration authorities. The Government must explain in writing, filed by June 9, whether by placing Georgis in immigration detention it has jeopardized this court's ability to try him, and if so, what an appropriate remedy would be. *See United States v. Santos-Flores*, 794 F.3d 1088, 1091 (9th Cir. July 23, 2015) (citing *United States v. Trujillo-Alvarez*, 900 F. Supp. 2d 1167, 1179-81 (D. Or. 2012)).

The U.S. Attorney's office must provide a copy of this order to the immigration authorities holding Georgis.

Case No. 16-cr-00039 BLF (NC)

Finally, Georgis is ordered to notify the Pretrial Services Office in San Jose within 24 hours of his release from immigration custody.

IT IS SO ORDERED.

Date: June 2, 2017

_____
Nathanael M. Cousins
United States Magistrate Judge