# UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
San Jose Venue

**Request for Modifying the Conditions or Term of Supervision
from the Person Under Supervision**
*(Probation Form 49, Waiver of Hearings is Attached)*

**Person Under Supervision**
Alfred Georgis

**Docket Number**
0971 5:16CR00039-001 BLF

**Name of Sentencing Judge:**  The Honorable Beth Labson Freeman
United States District Judge

**Date of Original Sentence:**  January 9, 2018

**Original Offense**
Count One: Conspiracy, 18 U.S.C. §§ 371 and 2314, a Class D Felony

**Original Sentence:** 37 months custody and 3 years of supervised release

**Special Conditions:**  Provide Access to Financial Information; No New Lines of Credit/Debt; No Contact with Any Co-Defendant; Not Be in the Vicinity of Fine Wines International in San Francisco, Alexander's Steakhouse in Cupertino, and the French Laundry in Yountville; Not Commit Another Federal, State, or Local Crime; Pay $100 Special Assessment; DNA Collection; Submit to Search By Any Law Enforcement; Participate in Program of Testing and Treatment for Drug Abuse; Abstain from Use of Alcoholic Beverages

**Prior Form(s) 12:** None

**Type of Supervision**
Supervised Release

**Date Supervision Commenced**
December 31, 2019

**Assistant U.S. Attorney**
Ila Cassy Deiss

**Defense Counsel**
Bruce C. Funk (Appointed)

### Petitioning the Court

To modify the conditions of supervision as follows:

You must reside at a Residential Reentry Center for a period of up to 180 days, at the direction of the probation officer, and abide by all the rules and regulations of the facility.

RE: Georgis, Alfred 2
 0971 5:16CR00039-001 BLF

**Cause**

On December 6, 2019, Mr. Georgis's supervision was accepted in the Northern District of Illinois. Upon completion of his term of imprisonment, Mr. Georgis released directly to an approved residence in Illinois where his supervision commenced on December 31, 2019. Most recently, his personal circumstances in that area have changed and he would like to return to his sentencing district.

On June 12, 2020, Mr. Georgis signed the attached Waiver of Hearing form wherein he agreed to the above-mentioned modification of his supervised release conditions. Considering Mr. Georgis is homeless, the proposed modification will assist us in securing transitional housing in the San Francisco Bay Area.

Respectfully submitted,                              Reviewed by:

_____                            _____
Jose Figueroa                                         Aaron Tam
U.S. Probation Officer                                Supervisory U.S. Probation Officer
Date Signed: June 18, 2020

---

THE COURT ORDERS:

☑   To modify the conditions of supervision as follows:

    You must reside at a Residential Reentry Center for a period of up to 180 days, at the direction of the probation officer, and abide by all the rules and regulations of the facility.

☐   Other:

June 19, 2020                                         _____
Date                                                  Beth Labson Freeman
                                                      United States District Judge

NDC-SUPV-FORM 12B(1)  4/6/2015